IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RECO REED, B18431,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 18-cv-01182-JPG |
| | ) |
| **DENNIS LARSON and** | ) |
| **WEXFORD HEALTH SOURCES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and the jury having rendered a verdict as to others:

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Reco Reed and against Defendant Wexford Health Sources, Inc., on:

- **COUNT 1** against Defendant Wexford for denying or delaying necessary medical care for Plaintiff Reed's inguinal hernia at Big Muddy River Correctional Center from 2017-18 pursuant to its policy or custom of denying hernia repair surgery unless the hernia becomes strangulated or incarcerated in violation of the Eighth Amendment, pursuant the jury's verdict in the amount of $250,000.00 in compensatory damages and $500,000.00 in punitive damages, for a total award of $750,000.00.  (*See* Doc. 131).

**IT IS FURTHER ORDERED AND ADJUDGED** that the following claim of Plaintiff Reco Reed is dismissed without prejudice:

- **COUNT 2** against Defendant Dennis Larson for providing inadequate medical treatment for Plaintiff Reco Reed's inguinal hernia at Big Muddy River Correctional Center from 2017-18 in violation of the Eighth Amendment.

**DATED**: April 10, 2023             MONICA A. STUMP, CLERK

                                      By: s/ Tanya Kelley
                                      Deputy Clerk


APPROVED: s/ J. Phil Gilbert
                J. PHIL GILBERT
                United States District Judge