### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RECO REED, B18431,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-01182-JPG |
| | ) |
| **WEXFORD HEALTH SOURCES, INC.,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

Defendant Wexford Health Sources, Inc.'s (Wexford) motion to stay the execution of judgment (Doc. 150) pending the post-trial motions and appeal pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1)(A) is **GRANTED** on condition that Wexford file the following with the Clerk of Court on or before **September 18, 2023**:

A. Declaration page of Wexford Health Sources, Inc.'s liability insurance policy from Coverys Specialty Insurance, along with an affidavit from an insurance agent at Coverys verifying coverage limits of $3,000,000 per occurrence and $10,000,000 aggregate; and

B. Proof of supersedeas bond from a corporate surety in the amount of $750,000.

Execution of the judgment is hereby **STAYED** pending review of this matter again on September 19, 2023.

**IT IS SO ORDERED.**

**DATED**: September 8, 2023      s/ J. Phil Gilbert
                                  J. PHIL GILBERT
                                  United States District Judge