044234/19344

# UNITED STATES DISTRICT COURT
Southern District of Illinois, East St. Louis Division

RECO REED, #B18431,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,

    Defendant.

No. 3:18-cv-01182-JPG-DGW

Judge J. Phil Gilbert

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant WEXFORD HEALTH SOURCES, INC., by and through its attorneys, CASSIDAY SCHADE LLP, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following:

1. The district court's December 12, 2019 order (Doc. 64) adopting in part the September 26, 2019 report and recommendation (Doc. 60) to deny Wexford's motion for summary judgment on exhaustion;

2. The district court's September 27, 2022 order (Doc. 87) denying Wexford's motion for summary judgment;

3. The district court's September 27, 2022 order (Doc. 88) denying Wexford's motion to bar Reed's expert testimony;

4. The April 10, 2023 judgment (Doc. 135) entered against Wexford;

5. The district court's April 2, 2024 order (Doc. 180) denying Wexford's motion for judgment as a matter of law or, in the alternative, motion for a new trial, or in the alternative motion for remittitur;

6. The district court's April 19, 2024 order (Doc. 190) granting in part Reed's motion for an award of attorney's fees, costs, and expenses; and

044234/19344

7.  The April 19, 2024 judgment for attorney's fees and costs (Doc. 191) entered against Wexford.

Dated:  April 29, 2024

                                                  Respectfully submitted,

                                                  CASSIDAY SCHADE LLP

                                                  By:  /s/ Jaclyn A. Kinkade
                                                       One of the Attorneys for Defendant
                                                       WEXFORD HEALTH SOURCES, INC.

Jaclyn A. Kinkade
ARDC# 6333722
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (FAX)
JKINKADE@CASSIDAY.COM

044234/19344

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 30, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Thomas J. Pliura, Esq.
210 East Center
P.O. Box 130
Leroy, IL 61752
Tom.pliura@zchart.com

                            /s/ Jaclyn Kinkade